| | |
|---|---|
| DISTRICT COURT OF THE 17th JUDICIAL DISTRCIT<br>ADAMS COUNTY DISTRICT COURT<br>STATE OF COLORADO<br><br>1100 Judicial Center Dr.<br>Brighton, CO 80601<br><br>Phone: 303-659-1161 | DATE FILED: November 19, 2022 7:09 PM<br>FILING ID: FE6A76D9311CD<br>CASE NUMBER: 2022CV31549<br><br>▲ COURT USE ONLY ▲<br><br>Case Number: |
| **Plaintiff: SHERRY COLE**<br><br>v.<br><br>**Defendants: DILLON COMPANIES, LLC** | |
| Attorney for Plaintiff:<br>Miranda Simpson Yancey #: 53700<br>SLOCUMB LAW FIRM, LLC<br>1127 Auraria Parkway, Suite 204 B<br>Denver, CO 80204<br>Phone Number: 720-649-4040<br>Fax Number: 720-649-5455<br>Email: myancey@slocumblaw.com | |
| **CIVIL COMPLAINT AND JURY DEMAND** | |

Plaintiff, by counsel, complains against Defendant, as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. Plaintiff is a resident of Denver County, Colorado.

2. Defendant Dillon Companies, LLC is a limited liability company registered in Colorado and at all times pertinent and operated a business named King Soopers, in Adams County, at 750 E 104th Ave A, Thornton, CO 80233.

3. This court has jurisdiction over the subject matter at issue because this is a civil action for damages and/or equitable relief. Colo. Const. Art. VI, § 9(1).

4. Venue in this court is proper pursuant to [specify basis for venue, per C.R.C.P. 98, and cite relevant subsection of C.R.C.P. 98

## GENERAL ALLEGATIONS

4. On March 13, 2021, Plaintiff was an invitee of King Soopers, located at 750 E 104th Ave A, Thornton, CO 80233, owned and operated by Dillon Companies, LLC,

5. At said time and place, Plaintiff was walking near the registers of the self-checkout location.

6. At said time and place, a plastic barrier was dangerously placed in said area.

7. At said time and place, said plastic barrier fell and struck the plaintiff.

8. As a result this incident, Plaintiff suffered injuries and damages, and medical bills.

9. As a direct and proximate result of Defendant's conduct, Plaintiff incurred economic losses, including medical treatment, physical therapy, prescription medication, lost income, loss of earning capacity, and other economic losses.

10. As a direct and proximate result of Defendant's conduct, Plaintiff has been permanently impaired in her ability to work ass he did before this injury and cannot no longer perform and enjoy activities of daily living.

11. As a direct and proximate result of Defendant's conduct, Plaintiff has incurred non-economic losses, including pain and suffering, emotional distress, psychological diagnoses or trauma, and other noneconomic losses.

## FIRST CLAIM FOR RELIEF
(Premises Liability of Dillon Companies, LLC)

12. Plaintiff incorporates the foregoing allegations.

13. At all relevant times, Plaintiff was an invitee of Defendant Dillon Companies, LLC.

14. Defendant Dillon Companies, through its agents or employees, actually knew about the danger of the plastic barrier hung on its property or should have known about it.

15. Defendant Dillon Companies, LLC, through its agents or employees, failed to use reasonable care to protect its invitees and customers against the danger on the property.

16. As a result of the failures of Defendant Dillon Companies, LLC, its agents or employees, to protect its customers against the danger on the property, Plaintiff suffered injuries, losses, and damages as described above, in an amount to be proven at trial.

**JURY DEMAND**

Plaintiff demands a jury on all claims so triable.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for entry of judgment in favor of Plaintiff and against Defendant for:

A. Damages to compensate Plaintiff for the full extent of his economic, noneconomic, and permanent impairment damages and losses set forth in this Complaint, in amounts to be proven at trial

B. Costs of suit;

C. Pre- and post-judgment interest, to the fullest extent permitted by law;

D. Reasonable attorney fees, to the fullest extent permitted by law; and

E. Such other and further relief as the Court deems just and proper.

Dated: November 19, 2022.

Respectfully submitted,

SLOCUMB LAW FIRM, LLC

*/s/ Miranda Yancey*
Miranda Yancey